UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>16-mj-08075-JMH</u>

UNITED STATES OF AMERICA,

vs.

PRESTON ALEXANDER MCWATERS,

     **Defendant.**
_____/

## NOTICE OF APPEARANCE

Undersigned counsel hereby files this notice of appearance as counsel of record for the United States of America in this cause.

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

By: /s/ Karen E. Gilbert
     Karen E. Gilbert
     Assistant United States Attorney
     Florida Bar No. 771007
     United States Attorney's Office
     99 N.E. 4th Street, 8th Floor
     Miami, Florida   33132
     Telephone: 305-961-9161
     Facsimile: 305-536-4675
     Email: Karen.Gilbert@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of March 2016, the undersigned electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF.

/s/ Karen E. Gilbert
Karen E. Gilbert
Assistant United States Attorney